DISTRICT OF OREGON
**F I L E D**
**September 19, 2017**
**Clerk, U.S. Bankruptcy Court**

IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if copies are timely served per (b) unless, within 30 days of the FILED date, a party files a written objection that sets forth specific grounds for it, with the Clerk of Court, 1001 SW 5th Ave #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of such fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and a copy is served on the debtor unless, within 14 days after service, a written objection is filed.

    (b) The applicant must comply with all provisions in the court's Notice to Serve Document(s), and must BOTH (1) properly serve a copy of this document, AND (2) FILE a completed Certificate of Service using a copy of this document (WITHOUT any attachments).

                                                                                */s/ David W. Hercher*
                                                                         DAVID W. HERCHER
                                                                         U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. _____ |
| | ) | |
| | ) | [ONLY FOR CHAPTER 13 CASES] |
| | ) | APPLICATION BY DEBTOR'S ATTORNEY |
| | ) | FOR SUPPLEMENTAL COMPENSATION; |
| Debtor(s) | ) | AND ORDER AND NOTICE THEREON |

I, the undersigned debtor's attorney, whose address and phone number are _____
_____, apply for additional compensation from the debtor's estate for the period from _____ to _____ in the sum of $_____ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $_____ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1. This (**Check One**)     IS     IS NOT my final application for compensation in this case.

    2. I have previously been awarded a total of $_____. If granted, the total approved compensation amount will be $_____.

1307 (12/1/15) **Page 1 of 2**

3. My Disclosure of Compensation shows the debtor(s) and I agreed to:
   ___ Schedule 2   ___ Schedule 3.

4. My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on _____, which is more than six months from the date of this application unless this is my final application.

5. Allowance of this application will (mark all that apply):
   __ not affect the distribution to creditors.
   __ not change the length of the plan which is estimated at _____ months.
   __ change the length of the plan from an estimated _____ months to an estimated _____ months.
   __ delay the distribution to creditors by approximately _____ months.
   __ reduce the distribution to general unsecured creditors from an estimated _____% to an estimated _____ %.
   __ require that the debtor pay more, either by additional or increased plan payments sufficient to pay the additional fees.
   __ other: _____
   _____.

6. Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7. Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:

DATE: _____                                   _____
                                                   Debtor's Attorney

**STOP:  BEFORE SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**

**CERTIFICATE OF SERVICE**

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

                                                   _____
                                                   Signature & Relation to Applicant

1307 (12/1/15) **Page 2 of 2**

Case 16-31782-pcm13    Doc 44    Filed 09/19/17

# Chapter 13 Post-Confirmation Fee Itemization

### Hackett Law Firm, LLC 1500 NW Bethany Bldv. #288 Beaverton, OR 97006

| Client(s): Mathers    Case No.:   16-31782 dwh |
|---|
| Hourly Rates: |
| Ryan Hackett (RPH), Attorney: $340/hr |
| Rosemary Zook (REZ), Attorney: $330/hr |
| Christy Dickson (CLD), Josh Orem (JRO) Attorney: $200/hr |
| Cheryl Riley/Terrien (CLR/CLT), Paralegal: $180/hr |
| Legal Assistant: $110/hr |
| All Other Staff: $75/hr |

| Date | Description of Task | Staff | Time | Rate | Cost |
|---|---|---|---|---|---|
| 9/30/2016 | I prepaed and mailed a letter to the clients regarding their step payment next month and a reminder to update their TFS account. | CLT | 0.2 | 170 | $ 34.00 |
| 9/30/2016 | I prepared and mailed the client a letter regarding her case was confirmed, what to do with her tax returns and refunds each year and to watch for increased income. | CLT | 0.2 | 170 | $ 34.00 |
| 10/7/2016 | We received return mail from Central Credit Srv - I saved a copy to the file. | CLT | 0 | 170 | $ - |
| 10/7/2016 | I reviewed the returned mail from Central Credit, prepared and filed an address change with the court. | CLT | 0 | 170 | $ - |
| 10/13/2016 | We received returned mail from Legacy, I scanned a copy to the file and gave the original to Cheryl. | KDR | 0 | 75 | $ - |
| 10/18/2016 | I reviewed the returned mail from Legacy Good Sam,I prepared and filed and address change with the court. | CLT | 0 | 170 | $ - |
| 12/1/2016 | I processed Chase's amended proof of claim and updated the information on the Plan in the clients file. | CLT | 0 | 170 | $ - |
| 12/8/2016 | I reviewed the Trustee's Notice of Intent to Pay Claims, I compared the confirmed Plan against the Trustee's website. | CLT | 0.1 | 170 | $ 17.00 |
| 12/22/2016 | We received an email from the client with questions regarding the Trustee's Notice of Intent to Pay Claims. | CLT | 0 | 170 | $ - |
| 12/22/2016 | I emailed the client explaining the Trustee's Notice of Intent to Pay Claims and why some claims are on hold. | CLT | 0.1 | 170 | $ 17.00 |
| 1/11/2017 | I preapred and mailed a letter to the clients reminding htem to send a copy of their 2016 tax returns to our office and net tax refunds go to the Trustee. | CLT | 0.2 | 180 | $ 36.00 |
| 1/18/2017 | I processed an amended proof of claim from the child support division,they amended to zero. | CLT | 0 | 180 | $ - |
| 1/23/2017 | We received through the mail proof of claim documents from the Deptarmtne of Justice, division of child support, I scanned to the client file and gave the original to Cheryl. | KDR | 0 | 75 | $ - |
| 1/24/2017 | I reviewed the mail from the child support division, it is a duplicate of the amended proof of claim received from the court. | CLT | 0 | 180 | $ - |
| 3/17/2017 | Received an email from the clients, with recent paystubs, I reviewed for income changes per the clients' request, I sent a reply with questions on the overtime. | RPH | 0.3 | 340 | $ 102.00 |
| 4/24/2017 | The client emailed questions regarding the Trustee's annual report and balances owing and regarding tax returns. | CLT | 0 | 180 | $ - |
| 4/24/2017 | I reviewed the clients file, pulled a copy of the Trustee's website, I emailed to the client with notes regarding the balances owing and regarding the tax returns. | CLT | 0.2 | 180 | $ 36.00 |
| 4/27/2017 | The clients emailed a copy of their 2016 tax returns. I save a copy to their file. | CLT | 0 | 180 | $ - |
| 4/27/2017 | I redacted the 2016 tax returns and then I forwarded a copy to the Trustee's office. | CLT | 0.1 | 180 | $ 18.00 |
| 4/27/2017 | I emailed the clients that their 2016 rets have been forwarded to the Trustee and regarding their 2016 tax refunds. | CLT | 0.1 | 180 | $ 18.00 |
| 5/9/2017 | I received from the court Chase's Notice of payment change effective 06-01-17, I prepared and mailed a letter to the clients regarding the same. | CLT | 0.2 | 180 | $ 36.00 |
| 5/11/2017 | We received through the mail the notice of mortgage payment change from ChaseI scanned it to the clients file and gave the original to Cheryl. | KDR | 0 | 75 | $ - |
| 5/12/2017 | I reviewed the mail from Chase, it is a duplicate of the one recived from the court and the clients have already been forwarded a copy. | CLT | 0 | 180 | $ - |
| 5/22/2017 | The clients emailed that his overtime has gone down and they want to reduce their plan payments. | CLT | 0 | 180 | $ - |

# Chapter 13 Post-Confirmation Fee Itemization
## Hackett Law Firm, LLC 1500 NW Bethany Bldv. #288 Beaverton, OR 97006

| Date | Description | Who | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 5/22/2017 | Review the pay stub the client sent, compared to the last filed Income Schedule. | CLT | 0.1 | 180 | $ 18.00 |
| 5/22/2017 | I emailed the clients regarding need current pay stubs, and updated property and expense schedules along with a copy of the curreint outstanding medical bills. | CLT | 0.1 | 180 | $ 18.00 |
| 5/22/2017 | The wife emailed taht she also has a $1500 dental bill. | CLT | 0 | 180 | $ - |
| 5/30/2017 | The wife emailed that now the husband has been laid off, and can't make plan payment. | CLT | 0 | 180 | $ - |
| 5/30/2017 | I reviewed the Trustee's website and calculated the status of the clients plan payments. | CLT | 0.1 | 180 | $ 18.00 |
| 5/30/2017 | I emailed the clients regarding a modified plan, amended schedules and a timeline to get the payment lowered for June. | CLT | 0.1 | 180 | $ 18.00 |
| 5/30/2017 | I had emails with the clients regarding they may not need a modified Plan and changing thje TFS payments. | CLT | 0.1 | 180 | $ 18.00 |
| 6/26/2017 | The client called wanting their payment adjusted, said he will drop off paystubs tomorrow and talk with Cheryl. | KDR | 0 | 75 | $ - |
| 6/27/2017 | I ran feasibility to see how low the payment can go, notes to file. | CLT | 0.2 | 180 | $ 36.00 |
| 6/27/2017 | I had an office meeting with the client regarding a modified Plan. | CLT | 0.5 | 180 | $ 90.00 |
| 6/27/2017 | I emailed the client that I did not get the amendments done today, I will work on them in the morning. | CLT | 0 | 180 | $ - |
| 6/28/2017 | I began working up the amended income and expense schedules ,I emailed cleitns to get additional information and to outline their payment options. | CLT | 0.5 | 180 | $ 90.00 |
| 6/28/2017 | I emailed the clients that if they want the payment lowered in July we will need to get amendments completed this week. | CLT | 0.1 | 180 | $ 18.00 |
| 6/29/2017 | I called the husband and left a message regarding we need to get the amendments done this week if we want to lower the paymen in July. | CLT | 0 | 180 | $ - |
| 6/29/2017 | I had a phone call with the husband regardin the TFS payments and we discussed the amended income and expenses schedules and the modified plan. | CLT | 0.2 | 180 | $ 36.00 |
| 6/29/2017 | I emailed the clients the instructions for setting up TFS payments. | CLT | 0.1 | 180 | $ 18.00 |
| 6/29/2017 | The wife client emailed her current pay stubs- I saved them to their file. | CLT | 0 | 180 | $ - |
| 6/29/2017 | I completed the income and expense schedules, and emailed them to the clients for their review and signatures. | CLT | 0.3 | 180 | $ 54.00 |
| 6/30/2017 | The wife cient emailed back her signed amened schedules and modified plan, I saved them to their file. | CLT | 0 | 180 | $ - |
| 6/30/2017 | I emailed the wife to find out if she knew when we can expect to get the husbands signed copies back.f | CLT | 0.1 | 180 | $ 18.00 |
| 7/3/2017 | The wife emailed additional medical billes and a note she will have husbands signed documents tonight. | CLT | 0 | 180 | $ - |
| 7/5/2017 | We received the signed modified plan and ameded schedules from the husband I saved to the clients file. | CLT | 0 | 180 | $ - |
| 7/5/2017 | I preapred the Notice of Mod Plan. | CLT | 0.1 | 180 | $ 18.00 |
| 7/5/2017 | I emailed the Trustee's office the Notice of Modified Plan, the Modified Plan and the amended schedules. | CLT | 0.1 | 180 | $ 18.00 |
| 7/5/2017 | We received the Trustee's informal Objections to the modified Plan. | CLT | 0 | 180 | $ - |
| 7/5/2017 | I made changes to the modified Plan. | CLT | 0.1 | 180 | $ 18.00 |
| 7/5/2017 | I filed the modified Plan and amended schedules with the court and prepared the creditor copies. | CLT | 0.1 | 180 | $ 18.00 |
| 7/5/2017 | POSTAGE: $6.90 | CLT | | 180 | $ 6.90 |
| 7/5/2017 | I emailed the clients a copy of the modified plan and a heads up it was filed today. | CLT | 0 | 180 | $ - |
| 7/6/2017 | I had emails with the clients regarding July's Plan payment. | CLT | 0.1 | 180 | $ 18.00 |
| 8/21/2017 | I reviewed the flle for additional attoreny fees | CLT | | | $ 35.00 |
| | | | | | $ 929.90 |